# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| MARY ANN RAYBURN, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:07-00843 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| STATE OF TENNESSEE, | ) | |
| TENNESSEE DEPARTMENT OF | ) | |
| CORRECTIONS, (by and through | ) | |
| George Little, its Commissioner) and | ) | |
| Riverbend Maximum Security | ) | |
| institution, (by and through Ricky J. Bell, | ) | |
| its Warden, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants, State of

Tennessee's, Tennessee Department of Corrections and Riverbend Maximum Security

Institution's motion for summary judgment (Docket Entry No. 17) is **GRANTED** and this action

is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _____ day of November, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge

5